*Chin, J*

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2007
```

ALLIANCE THREAD & SUPPLY, INC., on
behalf of itself and all others similarly situated,

v.

WILLIAM PRYM GMBH & CO., KG; et al.

Civil Action No.
07-CIV-10662

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendant Scovill Fasteners, Inc., in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendant must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendant in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendant will file its answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendant has not waived its rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 5th day of December, 2007.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

By: _____
Linda P. Nussbaum (LN 9336)

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
215-230-8735

Ronald J. Smolow
SMOLOW & LANDIS
204 Two Neshaminy Interplex
Trevose, PA 19053
215-244-0880

Attorneys for Plaintiff

SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
Attorneys for Defendant

By: _____
John G. Despriet

SO ORDERED
December 7, 2007

_____
Hon. Denny Chin